# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Western Division

Insurance King Agency, Inc.

Plaintiff,

v.

Case No.: 3:26–cv–50210<br>Honorable Rebecca R. Pallmeyer

The Allstate Corporation, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 26, 2026:

MINUTE entry before the Honorable Rebecca R. Pallmeyer: The parties are directed to submit a Report of Planning Meeting on or before 7/10/2026. Please see https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/pallmeyer/Report%20of&#037; 20Planning%20Mtg.pdf. Mailed notice. (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.