# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Insurance King Agency, Inc., | Civil Action No.  26-cv-50210 |
| Plaintiff, | |
| vs. | |
| The Allstate Corporation; Arity, LLC; and Arity 875, LLC, | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR
## EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendants The Allstate Corporation, Arity, LLC, and Arity 875, LLC ("Defendants") move without opposition for an extension of time to respond to Plaintiff Insurance King Agency, Inc.'s ("Plaintiff") Complaint. In support of this motion, Defendants state as follows.

1.	Plaintiff filed its Complaint in state court on April 21, 2026, and served Defendant on April 23, 2026.  (Dkt. 1, Ex. 1.)

2.	On May 22, 2026, Defendants timely removed this matter from state court to this Court.  (Dkt. 1.)

3.	Pursuant to Federal Rule of Civil Procedure 81(c)(2)(C), Defendants' responsive pleading is due seven days from removal, or on May 29, 2026.

4.	Federal Rule of Civil Procedure 6(b)(1) provides that the Court may permit an extension of time for good cause when the requested extension is made on or before the original or extended due date.

1

5. Defendants respectfully request an extension of the deadline to respond to the Complaint up to and including July 1, 2026, to provide Defendants with additional time to investigate the factual allegations and analyze the many claims asserted in the Complaint, and prepare an appropriate response.

6. Counsel for Defendants conferred with counsel for Plaintiff regarding this request, and counsel for Plaintiff has no objection to the requested extension.

7. This is Defendants' first request for an extension of time to file a response to the Complaint. This request is not made for purposes of delay and will not result in prejudice to any party.

WHEREFORE, Defendants respectfully request that the Court enter an Order extending Defendants' deadline to respond to the Complaint to July 1, 2026.

Dated: May 26, 2026                Respectfully Submitted,

/s/ Jorden Rutledge
Julia C. Webb
Jorden Rutledge
TROUTMAN PEPPER LOCKE LLP
111 S. Wacker Dr.
Suite 4100
Chicago, IL 60606
(312) 443-0404 (JCW)
(312) 443-0237 (JAR)
(312) 443-0336 (facsimile)
julie.webb@troutman.com
jorden.rutledge@troutman.com

*Attorneys for The Allstate Corporation,
Arity, LLC, and Arity 875, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, I caused to be served, via electronic filing, the foregoing Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint. I further certify that on this date, I caused a copy of the foregoing documents to be served via electronic mail on:

Kathleen C. Chavez, Esq.
Robert M. Foote, Esq.
Elizabeth C. Chavez, Esq.
Bret K. Pufahl, Esq.
**FOOTE CHAVEZ LAW, LLC**
1541 E. Fabyan Parkway, Suite 101
Geneva, IL 60134
Tel: 630.232.7450
kcc@fmcolaw.com
rmf@frncolaw.com
ecc@fmcolaw.com
bkp@fmcolaw.com

Benjamin W. Kimes
Joel M. Huotari
**WilliamsMcCarthyLLP**
120 W. State Street
P.O. Box 219
Rockford, IL 61105-0219
(815) 987-8900
bkimes@wilmac.com
Jhuotari@wilmac.com

/s/ Jorden Rutledge
Jorden Rutledge

3